120 A.3d 196

IN THE MATTER OF DAVID GRUEN, AN ATTORNEY
AT LAW (ATTORNEY NO. 039371999).

August 11, 2015.

## ORDER

This matter having been duly presented, it is ORDERED that **DAVID GRUEN** of **BROOKLYN, NEW YORK,** who was admitted to the bar of this State in 1999, and who was suspended from the practice of law for a period of one year, effective August 1, 2014, by Order of this Court filed July 3, 2014, be restored to the practice of law, effective immediately.